Send-O

FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 05-474 |
| Plaintiff,  ) | ORDER OF DETENTION AFTER HEARING |
| v.  ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Devon Dale Logan  ) | 18 U.S.C. § 3143(a) |
| Defendant.  ) | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central Dist. of CA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ ) the appearance of defendant as required; and/or

   B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:
   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

   IT IS ORDERED that defendant be detained.

DATED: 10/15/08

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge